UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 19-cr-10209-PBS |
| | ) | |
| PAUL E. HODSON II,, | ) | |
| Defendant. | ) | |

## JOINT FINAL STATUS REPORT and REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(c), the parties hereby file the following status report prepared in connection with the status conference scheduled for October 24, 2019. In light of the information set forth below, the parties request that the hearing be cancelled.

(1)   Request for Rule 11 Hearing

The defendant does not at this time ask that the case be transferred to the district judge for a Rule 11 hearing.

(2)   Request for Pretrial Conference

The parties move for a pretrial conference before the district judge, and state:

(A)   Automatic discovery has been provided. The government does not anticipate providing further discovery.

(B)   The parties do not believe that additional discovery requests are necessary.

(C)   The defendant has not filed any motions under Fed. R. Crim. P. 12(b) and does not anticipate filing any such motions.

(D)   All of the time has been excluded from the defendant's initial appearance through the date of the final status conference on October 24, 2019. There are no matters currently tolling the running of the time period under the Speedy Trial Act. The parties request that the time be excluded until the conference scheduled before the district judge.

(E)   The parties estimate that a trial in this matter would take less than one week.

(3)   Other Matters

There are no other matters specific to this particular case that would assist the district judge upon transfer of the case from the magistrate judge.

                                                            Respectfully submitted,

| PAUL E. HODSON II | ANDREW E. LELLING |
|---|---|
| Defendant | United States Attorney |
| | |
| By: /s/ Cara McNamara | By: /s/ Anne Paruti |
| Assistant Federal Public Defender | Assistant U.S. Attorney |

Dated: October 23, 2019

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                            /s/ Cara McNamara
                                                            Assistant Federal Public Defender

Dated: October 23, 2019